# Third District Court of Appeal

## State of Florida

Opinion filed January 27, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D20-239
Lower Tribunal No. 16-32472

————————

**Jacqueline Archange,**
Appellant,

vs.

**Winn-Dixie Stores, Inc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Mavel Ruiz, Judge.

Max A. Goldfarb, for appellant.

Kubicki Draper, P.A., and Barbara E. Fox, for appellee.

Before EMAS, C.J., and LOGUE and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Perrin v. De Soleil S. Beach Ass'n</u>, 305 So. 3d 598, 599 (Fla. 3d DCA 2020) ("[O]rder enforcing settlement based on nonjury finding on disputed evidence is reviewed on appeal for competent, substantial evidence because lower court is in best position to evaluate and weigh testimony and evidence based upon its observation of bearing, demeanor, and credibility of witnesses." (citing <u>Fratangelo v. Coosemans</u>, 264 So. 3d 1079, 1079 (Fla. 3d DCA 2019) ("When the trial court conducts a full evidentiary hearing on a motion to enforce settlement, '[t]he findings of the trial court, as the trier of fact, come to this court clothed with a presumption of correctness, and where there is substantial competent evidence to sustain the actions of the trial court, the appellate court cannot substitute its opinion on the evidence but rather must indulge every fact and inference in support of the trial court's judgment, which is the equivalent of a jury verdict.'" (quoting <u>Smiley v. Greyhound Lines, Inc.</u>, 704 So. 2d 204, 205 (Fla. 5th DCA 1998))))).